# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BYRON COT EJCALON,

Petitioner,

v.

WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY,

Respondent.

Case No. 1:26-cv-07416-KES-SAB-HC

ORDER DIRECTING RESPONDENT TO FILE STATUS REPORT REGARDING BIA APPEAL

ORDER DIRECTING CLERK OF COURT TO SEND PETITIONER COPY OF RESPONDENT'S RESPONSE (ECF NO. 7)

Petitioner is an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On October 7, 2026, Respondent filed a response, stating that although an immigration judge ordered Petitioner removed on September 25, 2026, that order is not yet administratively final, so the detention authority remains section 1226(a) and Petitioner is entitled to receive a custody redetermination. However, once this removal order is administratively final, Petitioner's detention will become mandatory under 8 U.S.C. § 1231(a)(2) and he will no longer be entitled to a bond hearing. (ECF No. 7.)

On October 15, 2026, the Court received Petitioner's motion for release wherein he states that he did not receive a copy of Respondent's response. (ECF No. 8.)

Accordingly, the Court HEREBY ORDERS that:

1. Within **seven (7) days** of the date of service of this order, Respondent SHALL FILE a status report informing the Court whether Petitioner filed an appeal with the Board of Immigration Appeals; and

2. The Clerk of Court is DIRECTED to mail a copy of Respondent's response (ECF No. 7) to Petitioner.

IT IS SO ORDERED.

Dated: **October 21, 2026**

STANLEY A. BOONE
United States Magistrate Judge